UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERI ANN FLACCOMIO<br><br>**Plaintiff**<br><br>v.<br><br>THE RED CHALET LAKE HARMONY c/o GAYLE TURTZO, GAYLE TURTZO, BRIAN TURTZO, AND AIR BNB<br><br>**Defendants** | Civil Action No. 3:23-cv-01720 |

## DEFENDANT AIRBNB'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) Defendant Airbnb, by and through its undersigned counsel, hereby moves this Honorable Court for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint and avers in support of the Motion as follows:

1. Plaintiff filed a Complaint in this case on September 20, 2023.

2. Defendant Airbnb was served the Complaint on October 3, 2023.

3. Thereafter, national counsel for Airbnb and Plaintiff agreed to a three-week extension of time to respond to the complaint to and including November 13, 2023, so the parties could have an opportunity to confer.

4. Airbnb believes it is in the Court's and parties' best interests to confer prior to engaging in potentially unnecessary motion practice, including a potential motion to compel arbitration and motion dismiss for lack of personal jurisdiction and for failure to state a claim.

5. Airbnb does not seek this request in bad faith or for any improper purpose.

6.	Granting this Motion will not result in any prejudice to the Plaintiff or unduly delay the disposition of this case.

WHEREFORE, Defendant Airbnb respectfully requests that this Court extend the deadline to answer, move or otherwise respond to the Complaint to November 13, 2023.

Respectfully submitted,

*/s/ Kelly J. Fox*
KELLY J. FOX, ESQ.
Attorney I.D. No. 80273
**GEROLAMO, McNULTY, DIVIS, LEWBART & FOX**
121 South Broad Street – Suite 1400
Philadelphia, PA 19107
215.790.8400
Email: kfox@gmdlfirm.com
**Attorneys for Defendant Airbnb, Inc.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERI ANN FLACCOMIO**<br><br>     **Plaintiff**<br><br>     v.<br><br>**THE RED CHALET LAKE HARMONY c/o GAYLE TURTZO, GAYLE TURTZO, BRIAN TURTZO, AND AIR BNB**<br><br>     **Defendants** | Civil Action No.  3:23-cv-01720 |

### CERTIFICATION OF CONCURRENCE

I, Kelly J. Fox, Esquire, hereby certify that representatives from Airbnb sought concurrence from Plaintiff's counsel in the foregoing Motion and that Plaintiff concurred with the requested relief via email.

                    */s/ Kelly J. Fox*
                    KELLY J. FOX, ESQ.
                    Attorney I.D. No. 80273
                    **GEROLAMO, McNULTY, DIVIS, LEWBART & FOX**
                    121 South Broad Street – Suite 1400
                    Philadelphia, PA 19107
                    215.790.8400
                    Email: kfox@gmdlfirm.com
                    **Attorneys for Defendant Airbnb, Inc.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERI ANN FLACCOMIO**<br><br>               Plaintiff<br><br>    v.<br><br>**THE RED CHALET LAKE HARMONY c/o GAYLE TURTZO, GAYLE TURTZO, BRIAN TURTZO, AND AIR BNB**<br><br>               Defendants | Civil Action No.  3:23-cv-01720 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion has been served on all parties this 24th day of October, 2023 via efiling notification.

                              */s/ Kelly J. Fox*
                              KELLY J. FOX, ESQ.
                              Attorney I.D. No. 80273
                              **GEROLAMO, McNULTY, DIVIS, LEWBART & FOX**
                              121 South Broad Street – Suite 1400
                              Philadelphia, PA 19107
                              215.790.8400
                              Email: kfox@gmdlfirm.com
                              **Attorneys for Defendant Airbnb, Inc.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERI ANN FLACCOMIO**<br><br>    **Plaintiff**<br><br>    v.<br><br>**THE RED CHALET LAKE HARMONY c/o GAYLE TURTZO, GAYLE TURTZO, BRIAN TURTZO, AND AIR BNB**<br><br>    **Defendants** | **Civil Action No.  3:23-cv-01720** |

**O R D E R**

  UPON CONSIDERATION of Defendant Airbnb's Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Plaintiff's Complaint, it is HEREBY ORDERED that the Motion is GRANTED.  Defendant Airbnb shall have to November 13, 2023 to Answer, Move or Otherwise Respond to Plaintiff's Complaint.

                 _____

                 **MALACHY E. MANNION, J.**